```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     18cr41-17 (DLC)
                                     :
         -v-                         :         ORDER
                                     :
LASYAH PALMER,                       :
                                     :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on April 6, 2023, it is hereby

ORDERED that C.J.A. counsel Kelly Curry is appointed to represent the defendant.

SO ORDERED:

Dated:   New York, New York
         April 6, 2023

_____
DENISE COTE
United States District Judge