```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    18cr41-17 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
LASYAH PALMER,                           :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release is scheduled for July 20, 2023 at 2:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         July 19, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge