```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    18cr41-17 (DLC)
                                         :
         -v-                             :        ORDER
                                         :
LASYAH PALMER,                           :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release is scheduled for September 8, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated: New York, New York
       September 5, 2023

_____
DENISE COTE
United States District Judge