```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     18cr41-17 (DLC)
                                          :
          -v-                             :     ORDER
                                          :
LASYAH PALMER,                            :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on September 8, 2023, it is hereby

ORDERED C.J.A. counsel Matthew Kluger is relieved as counsel in this matter

IT IS FURTHER ORDERED that C.J.A. counsel Calvin H. Scholar is appointed to represent the defendant. Mr. Kluger and the Government shall work with Mr. Scholar to ensure that November 2 hearing will proceed as scheduled.

IT IS FURTHER ORDERED that by **October 26,** counsel shall advise each other of the witnesses they expect to call at the November 2 hearing.

Dated:    New York, New York
          September 21, 2023

_____
DENISE COTE
United States District Judge