```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    18cr41-17 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
LASYAH PALMER,                           :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the hearing to address the specifications of violation of supervised release scheduled for November 2 is rescheduled to 4:00 PM on the same date in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           October 30, 2023

                                        _____
                                            DENISE COTE
                                    United States District Judge