UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    18cr41-17 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
LASYAH PALMER,                           :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X

IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release is scheduled for October 9, 2025 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 2, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge