```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    18cr41-17 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
LASYAH PALMER,                          :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference to address the specifications of violation of supervised release scheduled for November 19 is adjourned to **November 24, 2025 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         November 18, 2025

```
                        _____
                                DENISE COTE
                        United States District Judge
```