```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :    18cr41-17(DLC)
                                        :
LASYAH PALMER,                          :
                                        :       ORDER
                Defendant.              :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of November 19, 2025, it is hereby

ORDERED that a hearing regarding the specifications of violation of supervised release will be held on December 16, 2025 at 10:00 AM. The parties will be heard at that time as to whether a second hearing date is required.

IT IS FURTHER ORDERED that the parties shall disclose any potential witnesses for the hearing to each other and the Court by 5:00 PM on December 10, 2025.

IT IS FURTHER ORDERED that the conference scheduled for November 24 is cancelled.

Dated:   New York, New York
         November 20, 2025

                                      _____
                                            DENISE COTE
                                      United States District Judge