UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
                                         :
    UNITED STATES OF AMERICA,            :
                                         :
              -v-                        :        18cr41-17(DLC)
                                         :
    LASYAH PALMER,                       :
                                         :             ORDER
                   Defendant.            :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

    A hearing will be held on December 16, 2025, to address

reported violations of the conditions of supervised release by

the defendant, Lasyah Palmer.  The Government has requested

access to the case file maintained by the U.S. Probation Office

for the Southern District of New York for the defendant for the

period July 15, 2024 to the present, including case notes and

drug testing documents.  Accordingly, it is hereby

    ORDERED that the U.S. Probation Office for the Southern

District of New York provide a copy of the complete case file

maintained for the defendant, Lasyah Palmer, for the

period July 15, 2024 to the present, to Assistant United States

Attorney Adabelle Ekechukwu.

Dated:     New York, New York
           December 3, 2025

                                    _____
                                              DENISE COTE
                                    United States District Judge