UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA,                      :
                                               :
                     -v-                       :          18cr41-17(DLC)
                                               :
LASYAH PALMER,                                 :
                                               :             ORDER
                     Defendant.                :
                                               :

------------------------------------------X

DENISE COTE, District Judge:

     Having received the defendant's letter of December 14,

2025, it is hereby

     ORDERED that the hearing regarding the specifications of

violation of supervised release scheduled for December 16 is

adjourned to December 18, 2025 at 9:30 AM in Courtroom 18B, 500

Pearl Street.

Dated:    New York, New York
          December 15, 2025

                                        _____
                                               DENISE COTE
                                        United States District Judge