UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
            -v-                           :          18cr41-17(DLC)
                                          :
LASYAH PALMER,                            :
                                          :          ORDER
                      Defendant.          :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On January 6, 2026, the U.S. Marshals for the Southern District of New York emailed Chambers to request that the defendant be allowed to appear remotely for his January 29 sentencing for the violations of supervised release.  Attached to the email were five incident reports regarding the defendant's past behavior while attending Court (see attached).

At a previous conference, after the defendant's numerous outbursts and threats, this Court ordered a psychological evaluation.  The BOP's reports after those evaluations are also attached.  At the defendant's violation hearing on December 18, 2025, after behaving poorly and threatening the Marshals, he complained that the Marshals had hurt him and demanded to be seen by a doctor.  This Court entered a medical Order for the BOP to have him examined.  He was examined promptly.  The report of the examination has been provided by Chambers to the parties and is also attached.  Accordingly, it is hereby

2

ORDERED that the parties shall consult and advise the Court no later than January 13, 2026, whether the defendant consents to appearing remotely for his January 29 sentencing.

Dated:     New York, New York
           January 8, 2026

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
DENISE COTE
United States District Judge

2

## Cote NYSD Chambers

| | |
|---|---|
| **From:** | ████Nicholas (USMS) <Nicholas.████@usdoj.gov> |
| **Sent:** | Tuesday, January 6, 2026 9:04 AM |
| **To:** | ████, Samuel (USANYS); ████, Adabelle (USANYS); Cote NYSD Chambers; David████@nysd.uscourts.gov |
| **Cc:** | ████, Maxime (USMS); Yuri ████, ██, Dong (USMS); ████s, Keith (USMS); ████ Frederick (USMS); ████, USMS (USMS) |
| **Subject:** | RE: Lasyah PALMER USMS 85907-054 request for virtual presentment |
| **Attachments:** | INCID-26-2292_UseOfForce_20260106.pdf; INCID-26-3991_UseOfForce_20260106.pdf; INCID-26-2349_Damage_20260106.pdf; INCID-26-2291_NonCompliance_20260106.pdf; INCID-26-3999_NonCompliance_20260106.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

All,

I am writing to formally request that the sentencing hearing for Lasyah Palmer, currently scheduled for January 29, 2026, at 11:00 AM  be conducted via virtual proceedings rather than in person.

While this type of request is not routinely made by the U.S. Marshals Service, it is being submitted due to ongoing and significant safety concerns related to Mr. Palmer's behavior during courthouse transports. Unfortunately, on each occasion that Mr. Palmer has been transported to the courthouse, his conduct has resulted in a use of force incident. These repeated incidents present a heightened risk to law enforcement personnel, court staff, the public, and Mr. Palmer himself.

Given the consistent nature of these incidents, conducting the sentencing virtually would substantially reduce the likelihood of further use of force situations and help ensure a safer environment for all parties involved. This request is made solely in the interest of maintaining safety, security, and orderly court operations, while still allowing the sentencing to proceed without unnecessary risk.

To assist with your review and consideration, I have attached the relevant incident reports documenting these events. Additionally, the damage report and two non-compliance reports related to Mr. Palmer's conduct are included for further context and documentation.

We respectfully ask that this request be given due consideration based on the documented history and the potential safety concerns associated with an in person appearance. Please do not hesitate to contact me should you require any additional information, clarification, or supporting documentation.

Thank you for your time, attention, and consideration of this matter.

Respectfully,

**Nicholas Binetti**
**Supervisory Deputy U.S. Marshal**
**Southern District of New York**
**Cell 646 745-4979**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-2292 – Use of Force | Active**
Printed on: 01/06/2026

---

## CORE INFORMATION

Vehicle Information

| | | | |
|---|---|---|---|
| **Creating District**<br>SOUTHERN DISTRICT OF NEW YORK | **Creating District Office**<br>NEW YORK | **Associated Judicial Circuit**<br>2 | **Created By**<br>JOSEPH ~~████~~ |
| **Date of Occurrence**<br>11/13/2025 0915 EST | **End Date** | | |
| **Create Date**<br>11/13/2025 | **Create Time**<br>1447 EST | **Update Date**<br>11/25/2025 | **Update Time**<br>1304 EST |

**Who reported this incident?**
~~████~~D, JOSEPH PAUL

| | | |
|---|---|---|
| **Reporting District**<br>SOUTHERN DISTRICT OF NEW YORK | **Reporting District Office or HQ Division**<br>NEW YORK | **Associated Judicial Circuit**<br>2 |

**USMS PERSONNEL**

~~████~~ JOSEPH PAUL

### USMS MISSION ACTIVITIES

**Did this incident occur during any USMS Mission Activities?**
* Prisoner Handling
* Prisoner Transportation

**Did this incident involve a vehicle?**
No

---

## INCIDENT PEOPLE

| Photo | Name | Cautions | USMS # | Federal ID Number | Person Sub-Type | Role to Incident |
|---|---|---|---|---|---|---|
|  | PALMER, LASYAH | 🔒Assaultive<br>🔒Gang Affiliation<br>👤×Separatee<br>🔒Suspected Unknown Gang Affiliation<br>🔒Use Of Force | 85907-054 | 10634667 | USMS Prisoner | Alleged Perpetrator |
| | MCDONALD, JOSEPH PAUL | | | | USMS Person<br>Deputy US Marshal (DUSM) | User of Force |

---

## INCIDENT LOCATION

**Incident Location Type**
Custodial Facility

### Incident Facility Location

| | | | |
|---|---|---|---|
| **District**<br>SOUTHERN DISTRICT OF NEW YORK | **Facility Name**<br>Daniel Patrick Moynihan U.S. Courthouse | | |
| **Address**<br>500 Pearl Street, New York, NY 10007 | **District of Occurrence**<br>SOUTHERN DISTRICT OF NEW YORK | **Type**<br>Judicial Facility | **Code**<br>54N |
| **Did Incident Occur Outside?**<br>Indoors | | | |

---

## NOTIFICATIONS

### Internal Notifications

No Internal Notifications
### External Notifications

No External Notifications

---

## QUALIFYING QUESTIONNAIRE

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//



U.S. Department of Justice
United States Marshals Service

**Incident Report | INCID-26-2292 – Use of Force | Active**
Printed on: 01/06/2026

**Was this a use of force by? (Select all that apply)**

**One or more authorized USMS Employees.**

Yes

**Are you one of the users of force?**

Yes

**Was the use of force directed only at an animal?**

No

**Did this use of force involve an accidental discharge of a weapon?**

No

**Was there a death due to law enforcement use of force?**

No

**Was there a serious bodily injury due to law enforcement use of force?**

No

**Was there the discharge of a firearm at or in the direction of a person by law enforcement that did not result in death or serious injury?**

No

**I have spoken to an OPR Force Review Branch Investigator and only one field report is required for this incident.**

No

**INCIDENT STATUS LOG**

| Status | Start Date | End Date |
|---|---|---|
| Active | 11/13/2025 | no value |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//

UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-2292 – Use of Force | Active**
Printed on: 01/06/2026

## FIELD REPORTS

### Use of Force

| Type | Author | Create Date and Time | Reviewer | Status | Status Date and Time |
|---|---|---|---|---|---|
| Use of Force | JOSEPH ▮▮▮▮ | 11/24/2025 11:29 EST | ▮▮▮▮, FREDERICK | Approved by Supervisor | 11/24/2025 11:33 EST |

**User Of Force Name**
▮▮▮▮, JOSEPH PAUL

| Entry on Duty Date | Assignment at Time of Incident | Reason for Use of Force | K9 Deployment Reponse |
|---|---|---|---|
| 10/17/2022 | Cellblock Operations | Protect themselves or others from physical harm<br>Restrain or subdue a resistant subject<br>Obtain lawful compliance from a subject | |

| Type | Remark | Make | Model | Serial Number |
|---|---|---|---|---|
| Personal Force (fist, elbow, feet, etc.) | | | | |
| Other (explain) | Capture Shield | | | |

Video exists for this incident (e.g. CCT or cellphone)

### Narrative

On 11/13/25, at approximately 0915 hours, DUSM McDonald was working the Cellblock Desk at the Southern District of New York, 500 Pearl Street, 4th Floor, NY, NY 10007. DUSM McDonald was made aware by the prisoner transportation team, consisting of United Security Incorporated (USI) Guards DeJesus and Paul, that prisoner Lasyah PALMER #85907-054 had made threats during the morning court transport. PALMER reportedly was saying he was going to "assault" and "kill" the transport team and to "take off his shackles".

As PALMER arrived at the 4th Floor Cellblock, Deputy United States Marshal (DUSM) McDonald checked him in and ordered that he be sent to Isolation Tank "Z3" and remained shackled due to the threats to staff. As DUSM McDonald was checking in the remaining prisoners, PALMER could be heard violently banging the cell gate and was stating loudly "Take my leg shackles off I will fuck all of you up". PALMER was able to loudly bang on the cell because he had slipped his belly chain off and was swinging it around as a weapon. PALMER caused damage to the air-filtration system in Z3 using the chain. DUSM McDonald returned to the cellblock desk and a plan was formed to subdue PALMER in order to adjust his restraints and apply a spit mask.

At approximately 0930 hours, DUSM McDonald, DUSM Galvan, DUSM Morton, DUSM Connor, FEO Irizzary, SDUSM Porcaro and other DUSMs proceeded to Z3 to restrain PALMER. PALMER was observed holding the belly chain and was ordered by DUSM McDonald to face the rear wall. PALMER disobeyed this command by facing the wall he was leaning against and stating "Y'all are pussies. What you gonna tase me for? Looking at the wall?". DUSM McDonald ordered PALMER to lie on his stomach. PALMER refused by continuing to face the wall and telling DUSMs "Fuck you" while still holding the chain. DUSM Galvan then moved into the cell and pressed PALMER against the cell wall with a plastic Capture Shield. DUSM McDonald grabbed both of PALMER's ankles and took PALMER to the floor. DUSM Morton and FEO Irizzary uncuffed PALMER face down to replace the belly chain and handcuffs so PALMER could not undo them again. DUSM McDonald restrained PALMER's feet and adjusted his leg shackles. During this period, PALMER was repeatedly stating that if the DUSMs took off the restraints that he would "Fuck every one of you up" and "Y'all are pussies for real".

At approximately 0940 hours, after the restraints with a black box and a spit mask were fitted, DUSMs placed PALMER on the cell bench to evaluate for any injuries and proper adjustment of restraints. DUSM McDonald asked PALMER if he needed any medical attention, in which PALMER replied, "Fuck ya'll".

DUSMs escorted PALMER through the hallways to the 9th Floor cell, however, continued to be resistant by refusing to walk on his own. PALMER was placed in the 9th Floor cell, where he remained restrained until his 1100 court appearance.

At approximately 1015 hours, SDUSM Porcaro and DUSM Galvan proceeded to the 9th Floor cells to check the well-being of PALMER and take photographs of any potential injuries PALMER may have developed from the prior incident. PALMER refused to have any photographs taken of him. SDUSM Porcaro also observed that PALMER had removed his pants and spit mask and urinated on the floor in the cell. This information was relayed to the Assistant United States Attorney Rodriguez and Judge Cote's Chambers. The Judge requested that PALMER still be brought to his scheduled court hearing.

At approximately 1050 hours, SDUSM Amaladas, DUSM Morton, and DUSM Connor proceeded to the 9th Floor to escort PALMER to court. PALMER was again yelling at DUSMs and had to be forced to walk to court. DUSM McDonald assisted the team escorting PALMER and observed PALMER stating "Y'all thing you're tough pushing me around. Don't worry. Next time I'm coming back with a blade and I'm killing all y'all. Fuck y'all. I'll bring my knife and I'm gonna 'up' y'all. Just wait".

PALMER entered courtroom 18B before District Judge Cote at 1100 hours still restrained and with his spit mask over his head. The hearing proceeded, however, PALMER had to be kept in his seat and was yelling at his attorney and the Judge to get his handcuffs loosened. PALMER was yelling to his attorney "Fuck you, you're fired. None of this matters anyway" and "Fuck all this, they jumped me downstairs that why I'm doing this". PALMER also kept interrupting the Judge while she was speaking.

At approximately 1116 hours, the court concluded, and PALMER was walked back to the 9th Floor cells while he repeatedly stated, "Don't worry when I come back Wednesday, I am going to kill one of you. I am going to bring my knife and I'm going to kill you. Just wait and see". DUSM McDonald placed PALMER back in the 9th Floor cell still restrained and then shut the cell door. DUSM McDonald waited on the elevator for the other DUSMs to exit the 9th floor. SDUSM Amaladas and SDUSM Porcaro observed PALMER come up to the cell door and purposely bang his own head into the cell gate and pretend to fall to the floor with his eyes closed. DUSM McDonald returned to the 4th Floor Cellblock to resume his Cellblock Desk duty. SDUSM Porcaro called 911 in an abundance of caution for PALMER to check his mental and physical condition. While waiting for the ambulance to arrive, DUSMs checked PALMER for consciousness and breathing, to which PALMER has no apparent injuries, was breathing, and appeared to be pretending to be unconscious. Due to PALMER's behavior, threats, and for officer safety, DUSMs continued to observe PALMER through the 9th Floor cell gates until medical services arrived.

At approximately 1140 hours, PALMER was transported by FDNY Ambulance, SDUSM Burgos, FEO Irizzary, and District Security Office (DSO) DeMaio to the hospital for medical evaluation. PALMER was conscious and refused medical treatment. PALMER was then returned to MDC Brooklyn.

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-3991 – Use of Force | Active**
Printed on: 01/06/2026

## CORE INFORMATION

Vehicle Information

| | | | |
|---|---|---|---|
| **Creating District**<br>SOUTHERN DISTRICT OF NEW YORK | **Creating District Office**<br>NEW YORK | **Associated Judicial Circuit**<br>2 | **Created By**<br>ROBERT▮▮▮▮ |
| **Date of Occurrence**<br>12/18/2025 1250 EST | **End Date** | | |
| **Create Date**<br>12/18/2025 | **Create Time**<br>1742 EST | **Update Date**<br>12/23/2025 | **Update Time**<br>1330 EST |

**Who reported this incident?**
▮▮▮▮ ROBERT MICHAEL

| | | |
|---|---|---|
| **Reporting District**<br>SOUTHERN DISTRICT OF NEW YORK | **Reporting District Office or HQ Division**<br>NEW YORK | **Associated Judicial Circuit**<br>2 |

**USMS PERSONNEL**

▮▮▮▮ ROBERT MICHAEL

### USMS MISSION ACTIVITIES

**Did this incident occur during any USMS Mission Activities?**
- Prisoner Handling

**Did this incident involve a vehicle?**
No

## INCIDENT PEOPLE

| Photo | Name | Cautions | USMS # | Federal ID Number | Person Sub-Type | Role to Incident |
|---|---|---|---|---|---|---|
| | PALMER, LASYAH | 🔒Assaultive<br>🔒Gang Affiliation<br>🔒×Separatee<br>🔒Suspected Unknown Gang Affiliation<br>🔒Use Of Force | 85907-054 | 10634667 | USMS Prisoner | Alleged Perpetrator |
| | ▮▮▮▮ JOSEPH PAUL | | | | USMS Person<br>Deputy US Marshal (DUSM) | Witness |
| | ▮▮▮▮ ROBERT MICHAEL | | | | USMS Person<br>Federal Enforcement Officer | User of Force |

## INCIDENT LOCATION

**Incident Location Type**
Judicial Facility

### Incident Facility Location

| | | | |
|---|---|---|---|
| **District**<br>SOUTHERN DISTRICT OF NEW YORK | **Facility Name**<br>Daniel Patrick Moynihan U.S. Courthouse | | |
| **Address**<br>500 Pearl Street, New York, NY 10007 | **District of Occurrence**<br>SOUTHERN DISTRICT OF NEW YORK | **Type**<br>Judicial Facility | **Code**<br>54N |

**Did Incident Occur Outside?**
Indoors

### Indoor Judicial Facility Space

Cellblock

## NOTIFICATIONS

### Internal Notifications
No Internal Notifications
### External Notifications
No External Notifications

## QUALIFYING QUESTIONNAIRE

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with the Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Was this a use of force by? (Select all that apply)**

**One or more authorized USMS Employees.**

Yes

**Are you one of the users of force?**

Yes

**Was the use of force directed only at an animal?**

No

**Did this use of force involve an accidental discharge of a weapon?**

No

**Was there a death due to law enforcement use of force?**

No

**Was there a serious bodily injury due to law enforcement use of force?**

No

**Was there the discharge of a firearm at or in the direction of a person by law enforcement that did not result in death or serious injury?**

No

**I have spoken to an OPR Force Review Branch Investigator and only one field report is required for this incident.**

No

**INCIDENT STATUS LOG**

| Status | Start Date | End Date |
|--------|-----------|----------|
| Active | 12/18/2025 | no value |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.

UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-3991 – Use of Force | Active**
Printed on: 01/06/2026

---

## FIELD REPORTS

### Use of Force

| Type | Author | Create Date and Time | Reviewer | Status | Status Date and Time |
|---|---|---|---|---|---|
| Use of Force | ROBERT HINES | 12/22/2025 17:43 EST | KIM, DONG W | Approved by Supervisor | 12/23/2025 13:30 EST |

**User Of Force Name**
██████ROBERT MICHAEL

| Entry on Duty Date | Assignment at Time of Incident | Reason for Use of Force | K9 Deployment Reponse | | |
|---|---|---|---|---|---|
| 10/20/2024 | Cellblock Operations | Protect themselves or others from physical harm<br>Restrain or subdue a resistant subject<br>Obtain lawful compliance from a subject | | | |

| Type | Remark | Make | Model | Serial Number |
|---|---|---|---|---|
| Personal Force (fist, elbow, feet, etc.) | Knee and fist strikes | | | |

---

### Narrative

On December 18th, 2025, at approximately 12:50pm inmate PALMER, Lasyah USMS #85907-054 became disruptive in attorney room #7. PALMER just came back down from court and was yelling because he said that he has been waiting for his attorney too long and he had to use the bathroom. PALMER was taken out of the attorney room by Federal Enforcement Officer (FEO) █████ Robert #F013 and escorted into segregation cell Z-Tank (Big Z) directly across the hall to use the bathroom. PALMER continued to yell "Yall got me fucked up! I'm a real nigga; I will fuck you up!" while using the bathroom in segregation cell Big Z. When he was finished PALMER walk past FEO HINES to return to attorney room #7. While walking by FEO HINES into the attorney room (while the attorneys were present) PALMER said, "Suck my dick, I'm going to slip these cuffs and murder you." FEO HINES had previous knowledge of PALMER defeating his hand restraints on November 13, 2025 (INCID-26-2349.) During that incident PALMER slipped his hand restraints and belly chain in segregation cell Z-3. Once getting the restraints off PALMER used them as a weapon to cause damage to the air filter system in segregation cell Z-3 as well as to threaten to kill United States Marshals Service (USMS) staff.

Due to the severity of the threat and safety concerns from PALMER's previous incident, FEO HINES grabbed PALMER by his arm to remove him from the attorney room. FEO HINES concluded that it would be safer if PALMER was in a black box to prevent him from slipping his cuffs and causing harm to any USMS staff. While escorted out of the cell into the hallway, PALMER jerked his body towards the corner of the wall and simulated as if he hit his head. FEO HINES did not observe PALMER's head contact the wall. PALMER then fell to the ground. PALMER was ordered to get up with assistance provided and walk and he refused. PALMER was then carried by FEO HINES to segregation cell Z-3. Cell Z-3 was inspected before FEO HINES brought PALMER in and it was determined that it was unsafe to put PALMER there due to the previous incident in which he bent the metal on the air filter. PALMER ordered to get up and walk and again refused so he was picked up and taken to segregation cell Z-2 by FEO HINES. While FEO HINES carried PALMER, there was popping sound that came from my left elbow followed by pain. PALMER was taken into segregation cell Z-2 and placed on the ground. Once inside segregation cell Z-2 PALMER became resistant when he heard FEO HINES say that he was getting a black box to restrain him. At that present time PALMER was restrained with Armament Systems Procedures (ASP) hand restraints which cannot fit a black box. FEO HINES had to go to the cellblock processing area to get a compatible set of hand restraints to use to put on the black box. Once FEO HINES returned to segregation cell Z-2 PALMER was kicking his legs and resisting while yelling "I'm going to kill you all!" FEO HINES bent down to apply the restraints and put a belly chain around PALMER and FEO HINES was struck with a kick. FEO HINES then put his right knee on PALMERS legs to control his kicking and PALMER grabbed the belly chain that FEO HINES put around his body. FEO HINES attempted to get the belly chain out of PALMERS hand and PALMER used his fingernails to scratch FEO HINES. PALMER's fingernails tore the gloves and broke skin on FEO HINES causing bleeding. After several attempts to pull the belly chain out of PALMER's hands, FEO HINES was unsuccessful. FEO HINES then used his left knee to strike PALMER in the stomach area of the body to assist freeing the hands from the chain and was unsuccessful. FEO HINES then used his right hand to strike PALMER in the stomach area of the body to free PALMER's hands and was successful. PALMER stated, "Hines I'm going to kill you when I get out, I promise." Once the belly chain was around PALMER, PALMER began moving and tensing up to prevent the black box being applied. During the black box being applied and the ASP cuffs being taken off, PALMER's physical resistance caused a handcuff key to break off in the cuffs. This meant the hand restraints had to be removed with bolt cutters. PALMER remained resistant and continued to threaten to kill FEO HINES during this process. PALMER also attempted to bite and spit on USMS staff while being switched from the ASP hand restraints to the black box. Once PALMER was secure in the hand restraints a spit mask was applied to prevent further spitting. PALMER was picked up and placed on the bench in segregation cell Z-2. Larger bolt cutters were brought in by USMS staff to get the remaining hand restraint off PALMER's left hand. Once that was successful, he was left seated on the bench in segregation cell Z-2 and USMS staff departed. PALMER continued to yell that he was going to kill specifically FEO HINES during the departure. At approximately 1:35pm the cellblock control room Deputy alerted the cellblock processing area that PALMER was laying on the floor, FEO HINES responded to segregation cell Z-2 and picked up and assessed PALMER for injuries and responsiveness. It was determined that PALMER was conscious and coherent. PALMER had pulled the spit mask off his face, so it was put back on by USMS staff. PALMER was placed back on the bench in segregation cell Z-2.

At approximately 1:55pm FEO HINES went to escort PALMER back up to court into courtroom 18B and PALMER told FEO HINES "I'm going to shoot you twice in the face when I finish my time!" Once in court PALMER repeatedly threatened FEO HINES and USMS staff stating that he was going to be on the news for murder. PALMER's attorney and the AUSA's were both present during this. Once the Judge came out and court started, PALMER turned to FEO HINES and said, "two years max and I'm getting out." The judge asked what PALMER meant by that and PALMER stated that he meant "2 years I never have to see him again." FEO HINES was relieved from the court matter and went back to the cellblock without further incident. I did not require medical attention after this use of force.

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//

UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-2349 – Damage, Loss, & Vandalism | Active**
Printed on: 01/06/2026

---

## CORE INFORMATION

Vehicle Information

| | | | |
|---|---|---|---|
| **Creating District** | **Creating District Office** | **Associated Judicial Circuit** | **Created By** |
| SOUTHERN DISTRICT OF NEW YORK | NEW YORK | 2 | FREDERICK ▅▅▅▅ |
| **Date of Occurrence** | **End Date** | | |
| 11/13/2025 0915 EST | | | |
| **Create Date** | **Create Time** | **Update Date** | **Update Time** |
| 11/14/2025 | 0949 EST | 11/19/2025 | 0903 EST |

**Who reported this incident?**
▅▅▅▅FREDERICK

| | | |
|---|---|---|
| **Reporting District** | **Reporting District Office or HQ Division** | **Associated Judicial Circuit** |
| SOUTHERN DISTRICT OF NEW YORK | NEW YORK | 2 |

**USMS PERSONNEL**

▅▅▅▅FREDERICK

### USMS MISSION ACTIVITIES

**Did this incident occur during any USMS Mission Activities?**
• Prisoner Handling

**Did this incident involve a vehicle?**
No

---

## DETAILED INFORMATION

| | | |
|---|---|---|
| **Type of Equipment** | **DOJ Bar Code** | **State of Equipment** |
| | | Operable |

**Residential Site Survey performed?**
No

**Evacuation required?**
No

**Number of Personnel Evacuated**                    **Number of Prisoners Evacuated**

---

## INCIDENT PEOPLE

| Photo | Name | Cautions | USMS # | Federal ID Number | Person Sub-Type | Role to Incident |
|---|---|---|---|---|---|---|
|  | PALMER, LASYAH | 🔒Assaultive<br>🔒Gang Affiliation<br>🔒✕Separatee<br>🔒Suspected Unknown Gang Affiliation<br>🔒Use Of Force | 85907-054 | 10634667 | USMS Prisoner | Alleged Perpetrator |

---

## INCIDENT LOCATION

**Incident Location Type**
Judicial Facility

### Incident Facility Location

| | | | |
|---|---|---|---|
| **District** | **Facility Name** | | |
| SOUTHERN DISTRICT OF NEW YORK | Daniel Patrick Moynihan U.S. Courthouse | | |
| **Address** | **District of Occurrence** | **Type** | **Code** |
| 500 Pearl Street, New York, NY 10007 | SOUTHERN DISTRICT OF NEW YORK | Judicial Facility | 54N |

**Did Incident Occur Outside?**
Indoors

### Indoor Judicial Facility Space

Cellblock

---

## NOTIFICATIONS

### Internal Notifications

| District/Division | District Office | Name | Method | Email, Fax, or Phone | Date | Time |
|---|---|---|---|---|---|---|
| S/NY | NEW YORK | MAXIM▅▅ | Phone | 6462940154 | 11/13/2025 | 0930 |

### External Notifications

No External Notifications

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//

UNCLASSIFIED//FOR OFFICIAL USE ONLY//

 U.S. Department of Justice
United States Marshals Service

Incident Report | INCID-26-2349 - Damage, Loss, & Vandalism | Active
Printed on: 01/06/2026

**QUALIFYING QUESTIONNAIRE**

**Did this incident involve loss or harm to any of the following?**
USMS Workspace (e.g. District Office Workspace, Cellblock, etc.)

Is this incident likely to attract media attention?
No

**INCIDENT STATUS LOG**

| Status | Start Date | End Date |
| --- | --- | --- |
| Active | 11/14/2025 | no value |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//

UNCLASSIFIED//FOR OFFICIAL USE ONLY//



U.S. Department of Justice
United States Marshals Service

**Incident Report | INCID-26-2349 - Damage, Loss, & Vandalism | Active**
Printed on: 01/06/2026

---

**FIELD REPORTS**

**Incident Field Report**

| Type | Author | Create Date and Time | Reviewer | Status | Status Date and Time |
|---|---|---|---|---|---|
| Incident Field Report | FREDERIC█████ | 11/14/2025 09:50 EST | ████ MAXIME | Approved by Supervisor | 11/19/2025 09:03 EST |

**Narrative**

On November 13, 2025, at approximately 0915 hours, United Security Incorporated (USI) Guards DeJesus and Paul transported and escorted the Metropolitan Detention Center (MDC) court prisoners to the United States Marshals Service (USMS) 4th Floor cellblock.

During the initial line up and USMS prisoner verification checks, inmate Lasyah PALMER (USMS #85907-054) was escorted off the line up line, by Deputy United States Marshal Morton and USI DeJesus, and escorted to separation Cell Z3, due to his erratic behavior.

Once inside separation Cell Z3, DUSM Morton conducted a routine pat-down search of PALMER. During this pat-down, PALMER became aggravated and refused to listen to commands given by DUSM Morton. Due to his behavior, DUSM Morton left PALMER in a belly chain, handcuffs and leg restraints.

Once DUSM Morton and USI Guard DeJesus secured PALMER in the separation Cell Z3 and departed, PALMER slipped his belly chain under his legs and began to swing it at the air filtration system and interior cell light fixture while yelling obscenities.

PALMER was then able to remove his outer shirt and began to stand on the cell bench while attempting to hit the light fixture with the chain. After numerous attempts, PALMER took his shirt and began to use it as leverage to pull the left-hand corner of the air filtration system down.

Supervisory Deputy United States Marshal (SDUSM) Porcaro and DUSMs Acevedo and Cartagena heard the noise throughout the cellblock and proceeded to separation Cell Z3 where SDUSM Porcaro and DUSMs Acevedo and Cartagena observed PALMER frustrated and swinging the chain in his hand. SDUSM Porcaro also noticed damage to the air filtration system. SDUSM Porcaro asked PALMER what was going on, and in sum PALMER stated, "I do not want to be in this cell, if you keep me here I will kill you once the cell door opens".

Once SDUSM Porcaro and DUSMs Acevedo and Cartagena departed the separation Cell Z3, PALMER began to swing the chain at the air filtration system causing damage, attempted to damage the light fixture, and attempted to use the chain to open the food port.

Due to his erratic behavior, SDUSM Porcaro proceeded back to the USMS cellblock processing room to gather additional USMS personnel to safely re-apply the belly chain and handcuff restraints on PALMER and escort PALMER out of the cell.

At approximately 0930 hours, USMS personnel proceeded into separation Cell Z3 to properly secure PALMER in restraints consisting of a belly chain and hand restraints secured by a black box. PALMER was then escorted to a 9th Floor cellblock cell.

After the separation cell Z3 was secure, SDUSM Porcaro observed and photographed the damage to the air filtration system. There also appeared to be no damage to the light fixture.

Due to the damage and current condition of the air filtration housing unit, seperation cell Z3 is unusable to safely secure a prisoner within.

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.

UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-2291 - Non-Compliance | Active**
Printed on: 01/06/2026

---

## CORE INFORMATION

Vehicle Information

| | | | |
|---|---|---|---|
| **Creating District**<br>SOUTHERN DISTRICT OF NEW YORK | **Creating District Office**<br>NEW YORK | **Associated Judicial Circuit**<br>2 | **Created By**<br>JOSEPH ▇▇▇ |
| **Date of Occurrence**<br>11/13/2025 0915 EST | **End Date** | | |
| **Create Date**<br>11/13/2025 | **Create Time**<br>1447 EST | **Update Date**<br>11/25/2025 | **Update Time**<br>1218 EST |

**Who reported this incident?**
▇▇▇, JOSEPH PAUL

| | | |
|---|---|---|
| **Reporting District**<br>SOUTHERN DISTRICT OF NEW YORK | **Reporting District Office or HQ Division**<br>NEW YORK | **Associated Judicial Circuit**<br>2 |

### USMS PERSONNEL

▇▇▇, JOSEPH PAUL

### USMS MISSION ACTIVITIES

**Did this incident occur during any USMS Mission Activities?**
- Prisoner Handling
- Prisoner Transportation

**Did this incident involve a vehicle?**
No

---

## INCIDENT PEOPLE

| Photo | Name | Cautions | USMS # | Federal ID Number | Person Sub-Type | Role to Incident |
|---|---|---|---|---|---|---|
| | PALMER, LASYAH | 🔒Assaultive<br>🔒Gang Affiliation<br>🔒xSeparatee<br>🔒Suspected Unknown Gang Affiliation<br>🔒Use Of Force | 85907-054 | 10634667 | USMS Prisoner | Alleged Perpetrator |

---

## INCIDENT LOCATION

**Incident Location Type**
Custodial Facility

### Incident Facility Location

| | | | |
|---|---|---|---|
| **District**<br>SOUTHERN DISTRICT OF NEW YORK | **Facility Name**<br>Daniel Patrick Moynihan U.S. Courthouse | | |
| **Address**<br>500 Pearl Street, New York, NY 10007 | **District of Occurrence**<br>SOUTHERN DISTRICT OF NEW YORK | **Type**<br>Judicial Facility | **Code**<br>54N |
| **Did Incident Occur Outside?**<br>Indoors | | | |

---

## NOTIFICATIONS

### Internal Notifications

No Internal Notifications

### External Notifications

No External Notifications

---

## QUALIFYING QUESTIONNAIRE

**Did this incident involve a USMS Prisoner at any location who was actively or passively non-compliant with a lawful order or directive of a USMS Employee?**
Yes

**Is this incident likely to attract media attention?**
No

---

## INCIDENT STATUS LOG

| Status | Start Date | End Date |
|---|---|---|
| Active | 11/13/2025 | no value |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-2291 - Non-Compliance | Active**
Printed on: 01/06/2026

---

## FIELD REPORTS

### Incident Field Report

| Type | Author | Create Date and Time | Reviewer | Status | Status Date and Time |
|------|--------|---------------------|----------|--------|---------------------|
| Incident Field Report | JOSEPH ▮▮▮▮ | 11/24/2025 11:30 EST | ▮▮▮▮ FREDERICK | Approved by Supervisor | 11/24/2025 11:33 EST |

**Narrative**

On 11/13/25, at approximately 0915 hours, DUSM McDonald was working the Cellblock Desk at the Southern District of New York, 500 Pearl Street, 4th Floor, NY, NY 10007. DUSM McDonald was made aware by the prisoner transportation team, consisting of United Security Incorporated (USI) Guards DeJesus and Paul, that prisoner Lasyah PALMER #85907-054 had made threats during the morning court transport. PALMER reportedly was saying he was going to "assault" and "kill" the transport team and to "take off his shackles".

As PALMER arrived at the 4th Floor Cellblock, Deputy United States Marshal (DUSM) McDonald checked him in and ordered that he be sent to Isolation Tank "Z3" and remained shackled due to the threats to staff. As DUSM McDonald was checking in the remaining prisoners, PALMER could be heard violently banging the cell gate and was stating loudly "Take my leg shackles off I will fuck all of you up". PALMER was able to loudly bang on the cell because he had slipped his belly chain off and was swinging it around as a weapon. PALMER caused damage to the air-filtration system in Z3 using the chain. DUSM McDonald returned to the cellblock desk and a plan was formed to subdue PALMER in order to adjust his restraints and apply a spit mask.

At approximately 0930 hours, DUSM McDonald, DUSM Galvan, DUSM Morton, DUSM Connor, FEO Irizzary, SDUSM Porcaro and other DUSMs proceeded to Z3 to restrain PALMER. PALMER was observed holding the belly chain and was ordered by DUSM McDonald to face the rear wall. PALMER disobeyed this command by facing the wall he was leaning against and stating "Y'all are pussies. What you gonna tase me for? Looking at the wall?". DUSM McDonald ordered PALMER to lie on his stomach. PALMER refused by continuing to face the wall and telling DUSMs "Fuck you" while still holding the chain. DUSM Galvan then moved into the cell and pressed PALMER against the cell wall with a plastic Capture Shield. DUSM McDonald grabbed both of PALMER's ankles and took PALMER to the floor. DUSM Morton and FEO Irizzary uncuffed PALMER face down to replace the belly chain and handcuffs so PALMER could not undo them again. DUSM McDonald restrained PALMER's feet and adjusted his leg shackles. During this period, PALMER was repeatedly stating that if the DUSMs took off the restraints that he would "Fuck every one of you up" and "Y'all are pussies for real".

At approximately 0940 hours, after the restraints with a black box and a spit mask were fitted, DUSMs placed PALMER on the cell bench to evaluate for any injuries and proper adjustment of restraints. DUSM McDonald asked PALMER if he needed any medical attention, in which PALMER replied, "Fuck ya'll".

DUSMs escorted PALMER through the hallways to the 9th Floor cell, however, continued to be resistant by refusing to walk on his own. PALMER was placed in the 9th Floor cell, where he remained restrained until his 1100 court appearance.

At approximately 1015 hours, SDUSM Porcaro and DUSM Galvan proceeded to the 9th Floor cells to check the well-being of PALMER and take photographs of any potential injuries PALMER may have developed from the prior incident. PALMER refused to have any photographs taken of him. SDUSM Porcaro also observed that PALMER had removed his pants and spit mask and urinated on the floor in the cell. This information was relayed to the Assistant United States Attorney Rodriguez and Judge Cote's Chambers. The Judge requested that PALMER still be brought to his scheduled court hearing.

At approximately 1050 hours, SDUSM Amaladas, DUSM Morton, and DUSM Connor proceeded to the 9th Floor to escort PALMER to court. PALMER was again yelling at DUSMs and had to be forced to walk to court. DUSM McDonald assisted the team escorting PALMER and observed PALMER stating "Y'all thing you're tough pushing me around. Don't worry. Next time I'm coming back with a blade and I'm killing all y'all. Fuck y'all. I'll bring my knife and I'm gonna 'up' y'all. Just wait".

PALMER entered courtroom 18B before District Judge Cote at 1100 hours still restrained and with his spit mask over his head. The hearing proceeded, however, PALMER had to be kept in his seat and was yelling at his attorney and the Judge to get his handcuffs loosened. PALMER was yelling to his attorney "Fuck you, you're fired. None of this matters anyway" and "Fuck all this, they jumped me downstairs that why I'm doing this". PALMER also kept interrupting the Judge while she was speaking.

At approximately 1116 hours, the court concluded, and PALMER was walked back to the 9th Floor cells while he repeatedly stated, "Don't worry when I come back Wednesday, I am going to kill one of you. I am going to bring my knife and I'm going to kill you. Just wait and see". DUSM McDonald placed PALMER back in the 9th Floor cell still restrained and then shut the cell door. DUSM McDonald waited on the elevator for the other DUSMs to exit the 9th floor. SDUSM Amaladas and SDUSM Porcaro observed PALMER come up to the cell door and purposely bang his own head into the cell gate and pretend to fall to the floor with his eyes closed. DUSM McDonald returned to the 4th Floor Cellblock to resume his Cellblock Desk duty. SDUSM Porcaro called 911 in an abundance of caution for PALMER to check his mental and physical condition. While waiting for the ambulance to arrive, DUSMs checked PALMER for consciousness and breathing, to which PALMER has no apparent injuries, was breathing, and appeared to be pretending to be unconscious. Due to PALMER's behavior, threats, and for officer safety, DUSMs continued to observe PALMER through the 9th Floor cell gates until medical services arrived.

At approximately 1140 hours, PALMER was transported by FDNY Ambulance, SDUSM Burgos, FEO Irizzary, and District Security Office (DSO) DeMaio to the hospital for medical evaluation. PALMER was conscious and refused medical treatment. PALMER was then returned to MDC Brooklyn.

### Incident Field Report

| Type | Author | Create Date and Time | Reviewer | Status | Status Date and Time |
|------|--------|---------------------|----------|--------|---------------------|
| Incident Field Report | ANDREW ▮▮▮▮ | 11/24/2025 23:05 EST | ▮▮▮▮ FREDERICK | Approved by Supervisor | 11/25/2025 05:58 EST |

**Narrative**

On November 13, 2025, at approximately 0930 hours, while working the Unites States Marshals Service (USMS) Southern District of New York (SDNY) cell block, Deputy United States Marshal (DUSM) Galvan heard prisoner Lasyah PALMER #85907-054, violently banging and yelling loudly from cell Z3. PALMER was placed in cell Z3 upon his arrival due to the verbal threats he was giving to the United Security Incorporated (USI) transport team.

It was determined that PALMER had slipped out of his belly restraint chain restraint and was swinging it and hitting it around the cell. PALMER was observed on the cellblock control room CCTV, causing damage to the air-filtration system by using the chain. A plan was then formulated to restrain PALMER so that USMS personnel can safely adjust his restraints, apply a spit mask, and relocate PALMER to another secure cell.

At approximately 0930 hours, DUSM Galvan, DUSM McDonald, DUSM Morton, DUSM Connor, FEO Irizzary, Supervisory Deputy United States Marshal (SDUSM) Porcaro, along with other DUSMs proceeded to Z3. PALMER was still holding the belly chain in his hands as we made entry to the external door of Z3. Once the command was given to open the cell door, DUSM McDonald provided clear commands to PALMER to face the wall of the cell. PALMER did not comply with the commands given. DUSM McDonald ordered PALMER to lay face down on the ground, which again PALMER disobeyed. While holding the Capture Shield, DUSM Galvan then entered the cell and put pressure on PALMER's back to gain compliance and to prevent PALMER from using the chain as a weapon against DUSMs. While doing so, DUSM McDonald grabbed both of PALMER's legs and took PALMER down to the cell floor. DUSM Morton and Federal Enforcement Officer (FEO) Irizzary then uncuffed PALMER to adjust the current belly chain and handcuffs and to apply a black box. DUSM McDonald secured PALMER's feet and adjusted his leg shackles. Throughout this time, PALMER made repeated statements related to "cutting" and "killing" "us" the next time he comes to court.

At approximately 0940 hours, DUSMs escorted PALMER up to the 9th Floor holding cells. During this escort, PALMER refused to walk on his own.

At approximately 1015 hours, DUSM Galvan and SDUSM Porcaro went to the 9th Floor cellblock to check on PALMER's physical status as well as take photos of any potential injury PALMER may have sustained during the altercation in Z3. Upon exiting the 9th Floor elevator, DUSM Galvan had observed PALMER in the cell with the spit mask and his pants removed. DUSM Galvan and SDUSM Porcaro noticed a liquid on the ground near the cell door. SDUSM Porcaro asked PALMER was asked if he urinated on the floor, which his response was "Yes because I am handcuffed and was not able to use the toilet". PALMER refused to allow DUSM Galvan to take any pictures by moving behind the toilet partial wall and turning his back. SDUSM Porcaro relayed this information to the assigned Assistant United States Attorney and to United States District Judge Cote's chamber. Judge Cote requested that PALMER still be brought to the scheduled court hearing.

At approximately 1050 hours, DUSMs Galvan, Morton and Connor, along with SDUSMs Amaladas and Porcaro, went to the 9th floor cellblock to escort PALMER to his 1100 court hearing in Courtroom 18B. Prior to leaving the 9th Floor cellblock, DUSMs Galvan and Morton reapplied a spit mask on PALMER.

At approximately 1100 hours, PALMER was escorted into Courtroom 18B for his scheduled court proceeding. PALMER become aggravated at his attorney, court staff, and USMS personnel, stating in sum that he wanted his handcuffs loosened.

At approximately 1116 hours, the court concluded, and PALMER was escorted back to the 9th Floor where he was secured in the cell. As DUSMs were entering the elevator to leave the 9th Floor, DUSM Galvan heard multiple banging sounds coming from the cell. DUSM Galvan moved toward the elevator door and observed PALMER purposely strike his head into the cell door and then falling to the ground. DUSM Galvan walked back to the cell door with other DUSMs and observed PALMER lying on the floor and breathing, however, not responding to any commands given by DUSMs. SDUSM Porcaro called 911 for PALMER. DUSMs checked PALMER for consciousness and breathing, to which PALMER had no apparent visible injuries. DUSM Galvan also saw no visible signs of blood on PALMER's forehead.

At approximately 1140 hours, FDNY EMS arrived and transported PALMER by ambulance. FEO Irizzary, SDUSM Burgos, and DSO DeMaio provided the escort and security for PALMER during the transport and medical evaluation at the hospital

PALMER was then returned to MDC Brooklyn without further incidents.

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//

**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-3999 - Non-Compliance | Active**
Printed on: 01/06/2026

---

## CORE INFORMATION

Vehicle Information

| | | | |
|---|---|---|---|
| **Creating District** SOUTHERN DISTRICT OF NEW YORK | **Creating District Office** NEW YORK | **Associated Judicial Circuit** 2 | **Created By** JOSEPH ~~●●●●●●●~~ |
| **Date of Occurrence** 12/18/2025 0800 EST | **End Date** 12/18/2025 1800 EST | | |
| **Create Date** 12/19/2025 | **Create Time** 0928 EST | **Update Date** 12/22/2025 | **Update Time** 1608 EST |

**Who reported this incident?**
~~●●●●●●●~~, JOSEPH PAUL

| | | |
|---|---|---|
| **Reporting District** SOUTHERN DISTRICT OF NEW YORK | **Reporting District Office or HQ Division** NEW YORK | **Associated Judicial Circuit** 2 |

**USMS PERSONNEL**

~~●●●●●●●~~ JOSEPH PAUL

### USMS MISSION ACTIVITIES

**Did this incident occur during any USMS Mission Activities?**
- Prisoner Handling
- Prisoner Transportation

**Did this incident involve a vehicle?**
No

---

## INCIDENT PEOPLE

| Photo | Name | Cautions | USMS # | Federal ID Number | Person Sub-Type | Role to Incident |
|---|---|---|---|---|---|---|
| | MCDONALD, JOSEPH PAUL | | | | USMS Person Deputy US Marshal (DUSM) | Witness |
| | PALMER, LASYAH | 🔒Assaultive 🔒Gang Affiliation 👤×Separatee 🔒Suspected Unknown Gang Affiliation 🔒Use Of Force | 85907-054 | 10634667 | USMS Prisoner | Alleged Perpetrator |

---

## INCIDENT LOCATION

**Incident Location Type**
Judicial Facility

### Incident Facility Location

| | | | |
|---|---|---|---|
| **District** SOUTHERN DISTRICT OF NEW YORK | **Facility Name** Daniel Patrick Moynihan U.S. Courthouse | | |
| **Address** 500 Pearl Street, New York, NY 10007 | **District of Occurrence** SOUTHERN DISTRICT OF NEW YORK | **Type** Judicial Facility | **Code** 54N |

**Did Incident Occur Outside?**
Indoors

### Indoor Judicial Facility Space

| | | | |
|---|---|---|---|
| Cellblock Cellblock | United States Courts Space | Cellblock | Cellblock |

---

## NOTIFICATIONS

### Internal Notifications

No Internal Notifications

### External Notifications

No External Notifications

---

## QUALIFYING QUESTIONNAIRE

**Did this incident involve a USMS Prisoner at any location who was actively or passively non-compliant with a lawful order or directive of a USMS Employee?**
Yes

**Is this incident likely to attract media attention?**
No

---

## INCIDENT STATUS LOG

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//

UNCLASSIFIED//FOR OFFICIAL USE ONLY//

**U.S. Department of Justice**
United States Marshals Service

Incident Report | INCID-26-3999 - Non-Compliance | Active
Printed on: 01/06/2026

| Status | Start Date | End Date |
|---|---|---|
| Active | 12/19/2025 | no value |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//



**U.S. Department of Justice**
United States Marshals Service

**Incident Report | INCID-26-3999 – Non-Compliance | Active**
Printed on: 01/06/2026

---

## FIELD REPORTS

### Incident Field Report

| Type | Author | Create Date and Time | Reviewer | Status | Status Date and Time |
|---|---|---|---|---|---|
| Incident Field Report | JOSEPH ▋ | 12/22/2025 14:03 EST | ▋DONG W | Approved by Supervisor | 12/22/2025 16:08 EST |

### Narrative

85907-054 PALMER

At approximately 0815 hours, Deputy U.S. Marshal (DUSM) ▋▋▋ was assigned to cellblock duties at 500 Pearl Street, NY, NY, 10007. Shortly thereafter, he was informed that incoming inmate Lasyah PALMER (USMS# 85907-054) had stated to contracted United Guard Anderson that he "wasn't going to bust anyone's head now – but as soon as court finishes – someone's head getting busted". DUSM McDonald was present during PALMERs previous force incident (26-3498) and non-compliance incident (26-3199) a few weeks before. During that incident, PALMER threatened to kill the DUSMs working, slipped his belly chain off and used it to break apart an air-filtration system, resisted restraints, and attempted to spit at DUSMs. At approximately 0900, DUSM McDonald proceeded to the P3 loading dock prepared to escort PALMER upstairs.

PALMER exited the transport van calmly and was taken off the line. PALMER was asked how he was feeling and if there would be any issues today, to which he replied "no". PALMER was brought to the 4th floor cellblock, given a pat-down search, and brought to courtroom 18B for his 0930 court hearing. DUSM McDonald made the courtroom deputy for U.S. District judge (USDJ) Cote aware of the statement made in the morning and that PALMER would remain in full restraints. PALMER was escorted into court and placed next to his attorney. Between approximately 0930 and 1230 PALMER remained in court during his violation hearing and was loudly grunting and muttering statements such as "fuck the government", "fuck this bitch (his probation officer)", "this bitch has her (USDJ Cote) mind made up". USDJ Cote adjourned the court from 1230 to 1400 due to another court matter. PALMER's attorney asked DUSM McDonald to see his client in the cellblock attorney room. At approximately 1245 hours, DUSM McDonald proceeded downstairs with PALMER and placed him in attorney room 7 without incident.

At approximately 1250 hours, DUSM McDonald was at his desk when he was informed that PALMER was resisting DUSMs in the cellblock and being restrained. DUSM McDonald immediately proceeded to the cellblock here he found several DUSMs restraining PALMER on the floor of isolation cell Z2. DUSM McDonald assisted FEO Hines placing a spit mask on. PALMER was being placed in a blackbox in order to prevent him from slipping out of his belly-chain and utilizing it as a weapon; as he did during incident 26-3199. DUSM McDonald observed PALMER state several times on the floor "IM GOING TO KILL YOU ALL", "DON'T WORRY I WILL BE OUT IN TWO YEARS AND I WILL COME MURDER YOU", "I KNOW WHERE YOU WORK, I WILL BE BACK". DUSM McDonald observed FEO Hines bleeding from his hand while restraining PALMER. Once PALMER was restrained and sat upright on the bench, DUSM McDonald proceeded back to his desk before having to return to court. PALMER's shoes were removed from the cell so he could not attempt to flood the toilet.

At approximately 1305 hours, DUSM McDonald was notified via the alarm intercom that DUSMs were needed in Z2. DUSM McDonald immediately responded to Z2 and found that PALMER has positioned himself lying on the floor and attempted to remove his spit mask. DUSM McDonald assisted FEO Hines to sit PALMER upright and re-fit his spit mask. DUSM McDonald then proceeded back to his desk before court.

At approximately 1355, DUSM McDonald retrieved PALMER from Z2 to bring him to court. PALMER was repeatedly stating things such as "Fuck yall. Yall are faggots", "don't worry the most I can get is 2 years. After that I know you work here. I'm going to come here and murder you". PALMER walked by his own power and stated "don't worry when I get up there I am going to make sure they (USDJ Cote) send me to the hospital". The courtroom deputy was once again informed of PALMER's non-compliance, his statements, and that he was going to make medical claims to attempt to be sent to the hospital. USDJ Cote took the bench at approximately 1400 and informed PALMER to remain seated and quiet if he wanted the proceeding to continue. PALMER continued making interruptive statements during court and was reprimanded by USDJ Cote approximately 4 times. At approximately 1545, PALMER was found guilty by USDJ Cote and returned to the cellblock. PALMER continued to be disruptive and non-compliant by loudly screaming and banging the call bars. DUSM McDonald checked on PALMER at approximately 1610 hours and PALMER was informed he will be returned to MDC Brooklyn where any medical concerns about his restraints can be addressed. PALMER stated to DUSM McDonald "fuck that just get me back to Brooklyn (MDC), just get me back on a unit. Fuck you pussy". DUSM McDonald observed FEO Hines holding his arm in pain after having to partially carry PALMER to the holding cell earlier.

At approximately 1630 hours, DUSM McDonald escorted PALMER down to the transport van by his belly chain. PALMER began yelling towards other inmates while passing cell 2 and was assisted in moving forward into the elevator. DUSM McDonald placed PALMER in the van where he stated "don't worry yall gonna need a force order for sentencing. Then its on sight". The transportation team then left for MDC Brooklyn and DUSM McDonald returned to the cellblock.

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY//

# Cote NYSD Chambers

**From:**        ⬛⬛⬛, Elizabeth (BOP) <⬛⬛⬛⬛⬛v>
**Sent:**        Thursday, November 20, 2025 12:47 PM
**To:**          Cote NYSD Chambers
**Cc:**          ⬛⬛⬛, Irene (BOP); ⬛⬛⬛, Rachel (BOP); ⬛⬛⬛, Sophia (BOP)
**Subject:**     Re: Medical Order; Lasyah Palmer; Reg. 85907-054

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed

**CAUTION - EXTERNAL:**

Good afternoon:

I am writing to provide an update pursuant to the Court Order on Mr. Palmer's mental health.

Mr. Palmer was seen yesterday by MDC Brooklyn's Psychology department. At that encounter, Mr. Palmer denied any history of mental health and thoughts of self-harm. When MDC Psychology staff inquiried about his behavior in Court and with the United States Marshalls Service, Mr. Palmer noted he did not do anything wrong, he is fine, and did not want to discuss Court. Instead, Mr. Palmer noted he wants to focus on his case. Throughout the encounter, Mr. Palmer was alert and oriented, spoke in a police and cooperative demeanor, and did not engage in any bizarre or inappropriate behavior. Mr. Palmer was informed of the process to obtain emergency and routine psychological care.

To my knowledge, Mr. Palmer's mental health concerns have been properly addressed at this time and will continue to be monitored. If there is ever any additional information the Court requires of the institution, we will be happy to provide it.

Respectfully,

**Elizabeth** ⬛⬛⬛ Staff Attorney
U.S. Department of Justice
Federal Bureau of Prisons
MDC Brooklyn | MCC New York | FCI Otisville
*CLC New York*
80 29th Street
Brooklyn, New York 11232
P: (718) 840-4200 x. 4742
**E:** ⬛⬛⬛@bop.gov

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

**From:** Cote ⬛⬛⬛ <⬛⬛⬛@nysd.uscourts.gov>
**Sent:** Wednesday, November 19, 2025 5:04 PM

**To:** ▓▓▓, Elizabeth (BOP) <e▓▓▓@bop.gov>
**Cc:** ▓▓▓, Irene (BOP) <▓▓▓▓▓ov>; ▓▓, Rachel (BOP) <r▓▓▓▓▓v>; ▓▓▓u, Sophia (BOP)
<s▓▓▓▓▓▓>
**Subject:** [EXTERNAL] RE: Medical Order; Lasyah Palmer; Reg. 85907-054

Good Evening,

Thank you for this update. Judge Cote would like an update once Mr. Palmer has been seen by the psychology department, and at the latest by December 3.

Thank you,

Jared ▓▓▓▓▓▓▓ (him)
Courtroom Deputy to the Honorable Denise Cote

---

**From:** ▓▓▓, Elizabeth (BOP) <▓▓▓▓▓@bop.gov>
**Sent:** Wednesday, November 19, 2025 4:57 PM
**To:** Cote ▓▓▓▓▓rs <Cote▓▓▓▓▓s@nysd.uscourts.gov>
**Cc:** ▓▓▓, Irene (BOP) <▓▓▓@bop.gov>; ▓▓, Rachel (BOP) <▓▓▓@bop.gov>; ▓▓▓u, Sophia (BOP)
<sp▓▓▓▓@bop.gov>
**Subject:** Medical Order; Lasyah Palmer; Reg. 85907-054

**CAUTION - EXTERNAL:**

Good afternoon:

I am writing to the Court in response to the attached medical order.

Mr. Palmer returned from Court on November 13, 2025, and was evaluated by our health services department upon his return to the institution. Prior to his return to the institution, Mr. Palmer was taken to Bellevue Emergency Department for clearance prior to his return to MDC Brooklyn. When he arrived at MDC, he was medically assessed by health services. Health services noted that Mr. Palmer had a superficial abrasion on the top right of his forehead and he further reported bilateral wrist pain from the handcuffs. Mr. Palmer denied any other concerns and was advised to contact health services if he experienced any changes in his condition.

Following receipt of the medical order, MDC Legal reached out to the AUSA and attorney of record for Mr. Palmer to obtain additional context for the Court's Order. Both AUSA Rodriguez and Mr. Skinner provided additional context, which was provided to our clinicians. Our psychology staff attempted to meet with Mr. Palmer and evaluate him pursuant to the Court's order. Mr. Palmer was unavailable at the time of the attempted contact as he was at a legal visit. Mr. Palmer is scheduled to be seen and evaluated by our psychology department in the coming days. Following his evaluation, we will be happy to provide a further update to the Court, should the Court request it.

To my knowledge, Mr. Palmer's medical and mental health concerns have been properly addressed and will continue to be monitored. If there is ever any additional information the Court requires of the institution, we will be happy to provide it.

Respectfully,

**Elizabeth ████** | Staff Attorney
U.S. Department of Justice
Federal Bureau of Prisons
MDC Brooklyn | MCC New York | FCI Otisville
*CLC New York*
80 29th Street
Brooklyn, New York 11232
**P**: (718) 840-4200 x. 4742
**E:** ████@bop.gov

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3

## Cote NYSD Chambers

| | |
|---|---|
| **From:** | ▆▆▆ Elizabeth (BOP) <elynch1@bop.gov> |
| **Sent:** | Monday, December 22, 2025 4:29 PM |
| **To:** | Cote ▆▆▆▆▆▆▆ |
| **Cc:** | Jared V▆▆▆▆▆; ▆▆, Irene (BOP); ▆▆, Rachel (BOP); ▆▆▆▆u, Sophia (BOP) |
| **Subject:** | Medical Order; Lasyah Palmer; Reg. 85907-054 |
| **Attachments:** | 85907-054 Medical Order.pdf |

CAUTION - EXTERNAL:

Good afternoon:

I am writing to the Court in response to the attached medical order.

On December 18, 2025, upon return to MDC Brooklyn, Mr. Palmer was returned to his housing unit without alerting R&D staff to any concerns. Upon his return to his unit, Mr. Palmer informed his unit officer that he needed medical attention. Health services then evaluated Mr. Palmer on his housing unit for bilateral wrist pain and left sided rib pain. Mr. Palmer reported his wrist restraints were too tight all day. Upon examination, there appeared to be minor bruising on both bilateral wrists where restraints were applied. Mr. Palmer's examination revealed good radial pulses and good capillary refill to all of his fingers. Mr. Palmer's lung sounds were noted with equal rise and fall of both chest walls and the pain was reported to be localized to the area below the left nipple. There was no visible swelling and skin was intact. Tenderness was noted on light to medium palpation on the left side rib cage with no injuries to the right side. Mr. Palmer was prescribed acetaminophen for pain management and x-rays were ordered to rule out any fractures. On December 19, 2025, Mr. Palmer had x-rays taken of his bilateral wrists and left ribs. The left rib x-ray results were "unremarkable left rib radiographs." Mr. Palmer's bilateral wrist x-ray indicated "no radiographic evidence for an acute fracture or joint space abnormality in both wrists." It was further noted that Mr. Palmer had a cluster of suspected radiodense foreign bodies in the dorsal right proximal to mid forearm.

To my knowledge, Mr. Palmer's medical concerns have been properly addressed at this time and will continue to be monitored. If there is ever any additional information that the Court requires of the institution, we will be happy to provide it.

Respectfully,

**Elizabeth ▆▆▆▆** | Staff Attorney
U.S. Department of Justice
Federal Bureau of Prisons
MDC Brooklyn | MCC New York | FCI Otisville
*CLC New York*
80 29th Street
Brooklyn, New York 11232
P: (718) 840-4200 x. 4742
E: ▆▆▆▆@bop.gov

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This

information is the property of the U.S. Department of Justice.  If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately to make arrangements for its return to us.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2